FILED - USDC -NH
2022 MAY 16 PM 12:09

# United States District Court
# District of New Hampshire

Brian F Kiggen As
_____
(underline) Plaintiff

v.    State of
New Hampshire
_____
Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
( ) DEMAND FOR JURY TRIAL
(✓) NO JURY TRIAL DEMAND

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I.    Parties

A. Please provide the following information for each plaintiff:

1. Name    Kiggen        Brian        F
    (Last)        (First)        (Initial)

2. Place of Detention    New Hampshire Hospital

3. Institutional Address    NHH  36 Clinton Street
    Concord, NH  03301

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?
    Medical Detention
    □ Pretrial Detention Order
    □ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed _____

2

in the jar were not the same as the
label read. Staff began stealing from
my room. I lost. I spent a day camp-
ing outside the city. When I returned
I was taken to Elliot Hospital in
Manchester.

    I had no idea what to do and
no one to help me. My liberty was
gone. The players since May 2020
have been many. The Mental Health
Center of Greater Manchester, Elliot
Hospital, New Hampshire Hospital, Cypress
Center, Manchester, Catholic Medical Center,
Manchester, 93 Charles Street, Rochester,
Frisbee Hospital, Rochester, currently
returned to New Hampshire Hospital.

    I'm not saying hospital life isn't
copesthetic but there are times you
feel anguish and really suffer for the
lack of freedom. And this brings me
to me second charge. I'm sane but
I have no equality.

    Thirdly I don't have the rite to
property. My long detention is all
tied to my worth. But hopefully I
can make it this time in court and
not go in a circuitous path back

- dismissal without prejudice.
Complaint

Liberty has been denied me
all through this ordeal and dates
back to before it began. I lived
at 323 Manchester Street. I rented
a room and shared common areas like
the kitchen and bathrooms. I had
mental illness, characterized by a sleep
disorder that wouldn't let go of me.
My wife died trajically in 1986.

Doing all the right things my
health improved. By May 2020 I
was well and coincidentally was
coming into wealth from my book
Calories? An adventure in psych-
ology. I was unaware of what
the world would do.

On a weekly supermarket trip
Mike Ryan a worker at Manchester
Street told me the Governor Chris
Sununu was one of his lovers and
offered my status quo at Manch-
ester Street for my royalties.
I was taken aback didn't and
couldn't do anything. I refused.

My doctor gave me a prescrip-
tion no one would take. The pills

3

to the hospital.

Because it started with the Governor and was perpetuated by Mental health In charging the state of New Hampshire for my robbery and turmoil. Dates of my confinement are kept. You have this dis-coure that I am well that leaves the money.

The money went to my savings ac-count at Bank of. America 1-800-423-1000 a free call. My code is "the steps." The Office of the Public Guardian here in Concord roiled my savings account I can't withdraw at all. It was all greed. Theivery.

You ask me to be specific about the releif I want. well I tell you the book was worth millions and my suffering has endured for 2 years, I've never been a rich man I don't write a figure like that but it's true New Hampshire owes me millions and I need assistance to get settled in an apartment.

Much maligned,

Brian Kigger

B.  Please provide the full name, current title and address known for each defendant:

1. Name ___enclosed in letter (Above)___
              (Last)                   (First)             (Initial)

2. Title _____

3. Address _____

_____

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II.  Statement of Claim

For each claim, please include the following information on attached sheets:

1.  State which of your federal constitutional or federal statutory rights have been violated.

2.  State which defendant(s) have violated that particular right for each allegation.

3.  State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4.  State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: ___Above_____

Supporting *Facts*:

Allegation 2: _Above_

Supporting *Facts*:

Allegation 3: _Above_

Supporting Facts:

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.    Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

Above

Date: 5-19-22                                            _____
                                                         Signature of Plaintiff


State of New Hampshire            ]
                                  ]        ss
County of _____        ]


_____, being first duly sworn, upon oath, presents that (s)he has
read and subscribed to the foregoing complaint, and states that the information contained therein is true
and correct.


Subscribed and sworn before me this _____ day of _____, 20___..


                                        _____


| **O R** |
|---|

        I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE
AND CORRECT.

5-12-22                                         _____
_____                         Brian F. Kiernan
        DATE                                              SIGNATURE


### JURY TRIAL DEMAND

        I demand a jury trial for all claims for which a jury trial is allowed.

        YES ( )      NO ( ✓ )
        **(check one only)**

Date: 5-12-23                    Brian F Kippen
                                 Signature of Plaintiff

BRIAN F Kriggen A5
36 Clinton Street
Concord, N.H.
03301



Presort
First Class Mail
ComBasPrice

US POSTAGE PITNEY BOWES

ZIP 03301 $ 001.33⁰
02 1W
0001394989 MAY 13 2022

Office of the Clerk of Court
United States District Court
for the District of New Hampshire
Warren B Rudman
United States Court House
55 Pleasant Street
Room 110
Concord, NH
                    03301-3441