```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Brian F. Kiggen

    v.                                                          Case No. 22-cv-177-LM-TSM

State of New Hampshire

## ORDER

After due consideration of the GAL Report (Doc. No. 15), which informs the court that no objection to the Report and Recommendation can be made on behalf of Mr. Kiggen, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc (Doc. No. 12) dated November 29, 2023. For the reasons explained therein, this action is dismissed without prejudice. The clerk of court shall enter judgment and close this case.

                                                                               _____
                                                                               Landya B. McCafferty
                                                                               Chief Judge

Date: April 22, 2024

cc:    Counsel of Record