UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Brian F. Kiggen

    v.

                          Case No. 22-cv-177-LM-TSM

State of New Hampshire

<u>JUDGMENT</u>

In accordance with the Order by Chief Judge Landya B. McCafferty dated April 22, 2024, approving the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated November 29, 2023, judgment is hereby entered.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: April 22, 2024

cc:  Counsel of Record